IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : : | |
| KARI MARIE REYES; TANYA CHASAR; and HELENA SCHAEFFER, | : : | No. 11-6988 |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of September, 2012:

1. Upon consideration of Karie Marie Reyes's motion for joinder under Federal Rule of Civil Procedure 14(a), it is **ORDERED** that the "Motion of Karie Marie Reyes to Join as Third-Party Defendants the International Brotherhood of Electrical Workers Local Union 380; the International Brotherhood of Electrical Workers Local Union 380 Health and Welfare Pension Funds; and Reliance Standard Life Insurance Company" (paper no. 20) is **DENIED**.

2. The clerk of court shall realign the parties and reopen the action. Kari Marie Reyes shall be designated as plaintiff; Tanya Chasar and Helena Schaeffer shall be designated defendants.

                                              /s/ Norma L. Shapiro
                                                                  J.